UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGO S. WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01023 AGF |
| ) | |
| ST. LOUIS COLLECTOR OF REVENUE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's motion to compel Plaintiff to file initial disclosures called for by Federal Rule of Civil Procedure 26(a)(1), and to respond to Defendant's interrogatories dated September 27, 2005.[1] Pursuant to the Case Management Order governing this case, initial disclosures were due no later than September 30, 2005. Defendant states that Plaintiff has not filed any disclosures and, further, that she has not responded to interrogatories propounded by Defendant on September 27, 2005. Defendant also states that it has attempted to resolve this discovery matter with Plaintiff, but to no avail. Plaintiff has not responded to Defendant's motion to compel.

Upon review of the file,

**IT IS HEREBY ORDERED** that Defendant's motion to compel is **GRANTED**. [Doc. #17]

---

[1] The parties have consented to the exercise of authority by the undersigned United States Magistrate Judge under 28 U.S.C. § 636(c).

**IT IS FURTHER ORDERED** that Plaintiff shall have up to and including **February 17, 2006**, to make initial disclosures called for by Federal Rule of Civil Procedure 26(a)(1), and to respond to Defendant's interrogatories propounded on September 27, 2005.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in the dismissal of this action without prejudice.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of February, 2006.