UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGO S. WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01023 AGF |
| ) | |
| CITY OF ST. LOUIS COLLECTOR ) | |
| OF REVENUE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that judgment is entered on behalf of Defendant and against Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of July, 2006.